UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ZHENTAI ZHANG,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security; TODD BLANCHE, Attorney General of the United States; ACTING DIRECTOR, U.S. Immigration and Customs Enforcement; SAN DIEGO FIELD OFFICE DIRECTOR, U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations; and CHRISTOPHER J. LAROSE, in his official capacity as Senior Warden of the Otay Mesa Detention Center,

Respondents.

Case No.: 26-cv-5494-JES-DDL

**ORDER DENYING AS MOOT (1) PETITION FOR WRIT OF HABEAS CORPUS AND (2) TEMPORARY RESTRAINING ORDER**

**[ECF Nos. 1, 2]**

//

//

//

//

//

//

Before the Court is Petitioner Zhentai Zhang's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and Motion for Temporary Restraining Order ("TRO"). ECF Nos. 1, 2. Pursuant to the Court's Order (ECF No. 7), the parties filed a Joint Status Report on October 19, 2026, notifying the Court that Petitioner had been released from immigration custody on bond. ECF No. 8. The Court therefore **DENIES AS MOOT** the Petition and accompanying TRO. This dismissal is without prejudice to future petitions, if any. The Clerk of Court is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

Dated: October 20, 2026

Honorable James E. Simmons Jr.
United States District Judge